IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

John Doe; The Door; Make the Road New York; New York Immigration Coalition; Sanctuary for Families; Urban Justice Center,

| Plaintiff | Case Number |
|---|---|
| vs. | 19- **19CV8892** |
| U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; Donald J. Trump, in his official capacity as President of the United States; Kevin McAleenan, in his official capacity as Acting Secretary of Homeland Security; Matthew T. Albence, in his official capacity as U.S. Immigration and Customs Enforcement Deputy Director and Senior Official Performing the Duties of the Director; Susan Quintana, in her official capacity as U.S. Immigration and Customs Enforcement New York Field Office Director | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

State of New York and Brooklyn District Attorney Eric Gonzalez, in his official capacity,

| Plaintiff | Case Number |
|---|---|
| vs. | 19- CV-8876 |
| United States Department of Homeland Security; Kevin McAleenan in his official capacity as Acting Secretary of the United States Department of Homeland Security; United States Immigration and Customs Enforcement; and Matthew T. Albence, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | |
| Defendant | |

Page 1

IH-32									Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Complaint filed in S.D.N.Y. on September 25, 2019. Case opened and judge assigned, no court rulings have been issued at this time.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both this case and the earlier-filed case challenge the same conduct, the policy of U.S. Immigration and Customs Enforcement (ICE), to make civil immigration arrests of individuals coming to, attending, and leaving court proceedings in New York courts. Both actions rely upon the same legal theories in challenging ICE's courthouse arrest policy, including the New York common law privilege against civil arrest afforded to participants in court proceedings, the United States Constitution, and the Administrative Procedure Act. Finally, both actions seek declaratory relief, permanently enjoining ICE from surveilling and making civil immigration arrests of people without a judicial warrant while coming to, attending, or returning from court.

Based on the commonality of issues, and this Court's goal of trying cases together where cases are not substantially different in either factual or legal issues, Plaintiffs request to have their case heard along with the above-referenced case as a related case.

Signature: _____    Date: 09/25/2019

Cleary, Gottlieb, Steen & Hamilton LLP

Firm: _____