GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By:  REBECCA R. FRIEDMAN
      TOMOKO ONOZAWA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2614/2721
Facsimile:  (212) 637-2686
E-mail:  rebecca.friedman@usdoj.gov
        tomoko.onozawa@usdoj.gov


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| John Doe; The Door; Make the Road New York; New York Immigration Coalition; Sanctuary for Families; Urban Justice Center, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; Donald J. Trump, in his official capacity as President of the United States; Chad Wolf, in his official capacity as Acting Secretary of Homeland Security; Matthew T. Albence, in his official capacity as U.S. Immigration and Customs Enforcement Acting Director; Thomas Decker, in his official capacity as U.S. Immigration and Customs Enforcement New York Field Office Director,[1] <br><br> Defendants. | 19 Civ. 8892 (AJN) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of

---

[1] Acting Secretary of Homeland Security Wolf is automatically substituted for Kevin McAleenan as the Defendant in this action by operation of Fed. R. Civ. P. 25(d).  Thomas Decker is automatically substituted for Susan Quintana as the Field Office Director for U.S. Immigration and Customs Enforcement New York Field Office.

Law in Support of Motion to Dismiss, and the Declaration of Tomoko Onozawa, dated December 4, 2019, Defendants, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing with prejudice the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated November 26, 2019 [ECF No. 61], opposition papers, if any, shall be served on or before December 27, 2019, and reply papers, if any, shall be served on or before January 16, 2020.  Oral argument on Defendants' motion has been scheduled for February 12, 2020, at 2:00 p.m.

Dated:  New York, New York
        December 4, 2019

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:      */s/  Tomoko Onozawa*
REBECCA R. FRIEDMAN
TOMOKO ONOZAWA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  (212) 637-2714/2721
Facsimile:  (212) 637-2686
E-mail: rebecca.friedman@usdoj.gov
        tomoko.onozawa@usdoj.gov