UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Doe et al,

        Plaintiffs,

–v–

U.S. Immigration and Customs Enforcement et al,
        Defendants.

19 CV 08892 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Due to the Court's unavailability, the post discovery conference previously scheduled for Friday, April 17, 2020 at 2 p.m. is hereby adjourned to Thursday, April 23, 2020 at 2 p.m.

SO ORDERED.

Dated: Feb 21, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1