# CLEARY GOTTLIEB STEEN & HAMILTON LLP



One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

D: +1 212-225-2490
jblackman@cgsh.com

SO ORDERED 4/17/20

*[signature]*

Alison J. Nathan, U.S.D.J.

April 17, 2020

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
nathannysdchambers@nysd.uscourts.gov

> The Court hereby grants the parties' request.
> SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/20

        Re:    *Doe et al v. U.S. Immigration and Customs Enforcement et al*,
               No. 1:19-cv-08892-AJN

Dear Judge Nathan:

        Pursuant to Rules 1.C and 1.D of the Court's Individual Practices in Civil Cases and Federal Rule of Civil Procedure 6(b)(1)(A), the parties in the above-captioned action jointly submit this letter-motion seeking the extension of two deadlines in the current Case Management Plan governing the above-captioned action (Dkt. Nos. 57-2, 62, 78) (the "Case Management Plan") and the adjournment of a post-discovery conference. The parties make this first request for an extension or adjournment in light of the Defendants' pending motion to dismiss (Dkt. No. 63) (the "Motion to Dismiss").

        The parties respectfully request:

1) **An extension of the deadline to file any summary judgment or *Daubert* motion to thirty (30) days after the Court files an opinion on the Motion to Dismiss.** The current deadline for the parties to file any summary judgment or *Daubert* motion is 30

Hon. Alison J. Nathan, p. 2

days after the close of discovery.[1]  *See* Case Management Plan ¶ 13.  Discovery in this action closed on April 1, 2020.  *See id.* ¶ 7.

2) **An extension of the deadline for the parties to file a Joint Pretrial Report to the later of: forty-five (45) days after the Court files an opinion on the Motion to Dismiss, or fourteen (14) days after the Court files an opinion on any summary judgment motion that may be filed in this action.**  The current deadline for the parties to file a Joint Pretrial Report is 40 days after the close of discovery, or, if a dispositive motion has been filed, within 14 days of a decision on such motion.  *See id.* ¶ 14.  Discovery in this action closed on April 1, 2020.  *See id.* ¶ 7.

3) **An adjournment of the post-discovery conference currently scheduled for April 23, 2020 (Dkt. No. 90) to a date following the Court's opinion on the Motion to Dismiss.**  Within one week after the Court files its opinion, the parties will provide the Court with three mutually agreeable alternate conference dates; the alternate dates will be earlier than the deadline to file any summary judgment motion.

The parties submit this joint request to enable them to brief any summary judgment motion or prepare for trial with the benefit of the Court's opinion on the Motion to Dismiss and respectfully request that the Court grant this letter-motion.

          Respectfully submitted,

          /s/ Jonathan I. Blackman

          Jonathan I. Blackman

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

cc:   Rebecca Friedman, Tomoko Onozawa, *Counsel for Defendants*
      Lilia Toson, Legal Aid Society, *Co-Counsel*

---

[1] The parties of course recognize Rule 3.G.vii of the Court's Individual Practices in Civil Cases, which provides the Court's general "good cause" requirement for summary judgment in non-jury cases.