# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

D: +1 212-225-2490
jblackman@cgsh.com

June 18, 2020

VIA ECF

The Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

      Re:    *Doe et al. v. U.S. Immigration and Customs Enforcement et al.*,
            No. 1:19-cv-08892-AJN-JLC

Dear Judge Cott:

      We write on behalf of the parties in the above-captioned case in regard to the discovery dispute currently pending before the Court. *See* Dkt. Nos. 104, 108-111. As the Court is aware, Plaintiffs have challenged Defendants' withholding of certain documents (the "Challenged Attachments") on the claimed bases of attorney-client privilege and attorney work product.

      The parties are grateful for the Court's guidance during the conference on June 8, 2020, and are pleased to report that we have made substantial progress in narrowing the dispute. The parties have now entered into a stipulation, pursuant to which Defendants will produce to Plaintiffs those of the Challenged Attachments listed in the appendix to that stipulation. The signed stipulation and appendix will be filed separately on the docket today as a "Stipulation and [Proposed] Order." The parties jointly and respectfully request that the Court enter the Stipulation and Order.

      With respect to the remainder of the Challenged Attachments, Plaintiffs informed Defendants during a meet and confer on June 17, 2020, that they will not pursue their challenge as to all but four of the documents. The parties anticipate that the dispute as to three of those documents will be resolved when Defendants produce redacted versions pursuant to the

Hon. James L. Cott, p. 2

stipulation. As to the one remaining document, the parties will inform the Court promptly if the dispute is resolved prior to the June 25, 2020 conference with the Court.

                                              Respectfully submitted,

Date: New York, New York
        June 18, 2020

    CLEARY GOTTLIEB STEEN &
    HAMILTON LLP

    /s/ Jonathan I. Blackman
    JONATHAN I. BLACKMAN, ESQ.
    ADAM JOSEPH RIFF, ESQ.
    JACK LEE HILL, ESQ.
    VISHAKHA JOSHI, ESQ.
    One Liberty Plaza
    New York, New York 10006
    Tel: (212) 225-2000
    Fax: (212) 225-3499
    jblackman@cgsh.com
    ariff@cgsh.com
    leehill@cgsh.com
    vjoshi@cgsh.com

    LEGAL AID SOCIETY

    /s/ Lilia Isobel Toson
    LILIA ISOBEL TOSON, ESQ.
    HASAN SHAFIQULLAH, ESQ.
    SUSAN JOAN CAMERON, ESQ.
    SUSAN ELIZABETH WELBER, ESQ.
    199 Water Street
    New York, New York 10038
    Tel: (212) 577-7987
    Fax: (646) 616-4732
    ltoson@legal-aid.org
    hhshafiqullah@legal-aid.org
    scameron@legal-aid.org
    sewelber@legal-aid.org

*Attorneys for Plaintiffs*